IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 3:13-CV-0762-N |
| BANK OF ANTIGUA, *et al.*, | | |
| Defendants. | | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff the Official Stanford Investors Committee ("OSIC") respectfully files this Notice of Dismissal without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in support thereof show the Court as follows:

1. Plaintiffs have sued Antigua Commercial Bank, Bank of Antigua, Eastern Caribbean Amalgamated Bank, Eastern Caribbean Financial Holding Company LTD., National Bank of Dominica LTD., National Commercial Bank (SVG) LTD., and St. Kitts-Nevis-Anguilla National Bank LTD. (the "Caribbean Bank Defendants") in this action.

2. OSIC now moves to dismiss this action against the Caribbean Bank Defendants, and will continue to prosecute its claims against defendants Antigua and Barbuda, and the Eastern Caribbean Central Bank.

3. The Caribbean Bank Defendants have not been served and have not filed responsive pleadings or motions for summary judgment.

4. OSIC has not previously dismissed any federal or state court action based on or

including the same claims as those presented in this action.

5.      This dismissal against the Caribbean Bank Defendant is without prejudice to refiling.

6.      This Notice of Dismissal is not intended to dismiss OSIC's claims against Deendants Eastern Caribbean Central Bank and Antigua and Barbuda; those claims remain pending before the Court.

WHEREFORE, OSIC presents this Notice and prays that the Court dismiss this action against the Caribbean Bank Defendants without prejudice.

Dated:  February 9, 2015

Respectfully submitted,

**BUTZEL LONG,** a professional corporation

By:    /s/ *Peter D. Morgenstern*
          Peter D. Morgenstern (*pro hac vice*)
230 Park Avenue, Suite 850
New York, NY 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
morgenstern@butzel.com

**ATTORNEYS FOR THE OFFICIAL
STANFORD INVESTORS COMMITTEE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

>/s/ *Peter D. Morgenstern*
>Peter D. Morgenstern